**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHEN ZHANG,

      Petitioner,

  v.

FERETI SEMAIA, ET AL.,

      Respondents.

No. 5:26-cv-01504-JFW-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, Petitioner's Traverse, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case.  The Court has considered Respondents' June 1, 2026, Objections to Report and Recommendation (Doc. No. 13), Petitioner's Reply thereto (Doc. No. 14), and conducted a de novo review of those portions of the Report and Recommendation to which Respondents objected.  Having conducted a de novo review, Respondents' Objections do not cause this Court to alter or modify the Report and Recommendation.  The Court notes that the recommended relief Respondents now object to was requested in the Petition.  In their Answer, Respondents stated they "are not presenting an opposition argument at this time."  Having expressly declined to present an opposition argument in response to the Petition, Respondents cannot now be heard to object to the granting of the relief requested in the Petition.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is GRANTED and:

A. Respondents shall immediately release Petitioner Chen Zhang (A-number 246-889-488) from custody, reinstate his release under the same conditions that were in place before his detention in March 2026, and return any personal property and documents seized at the time of his detention;

B. Respondents shall provide Petitioner at or near the time of release a copy of the Court's Order adopting this Report and Recommendation;

C. Within three days of the date of that Order, Respondents shall file a Notice of Release confirming Petitioner's release and return of his personal property and documents; and

D. Respondents are enjoined from re-detaining Petitioner without first providing him with notice and a pre-detention hearing before a neutral decisionmaker at which Respondents bear the burden of demonstrating that there has been a material change in circumstances justifying revocation of Petitioner's ROR and re-detention of Petitioner.

Judgment shall be entered on a separate form concurrently herewith.  The Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Petitioner, Petitioner's counsel, and on counsel for Respondents.

IT IS SO ORDERED.

DATED: June 3, 2026 _____

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2