JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHEN ZHANG,

        Petitioner,

  v.

FERETI SEMAIA, ET AL.,

        Respondents.

No. 5:26-cv-01504-JFW-DSR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: June 3, 2026

                             HON. JOHN F. WALTER
                             UNITED STATES DISTRICT JUDGE